(February 26, 1985)

■ In the Matter of EDWARD MCKENNA, Petitioner, v THOMAS A. COUGHLIN, III, as Commissioner of the New York State Department of Correctional Services, et al., Respondents. — Motion for permission to proceed as a poor person treated as an application, pursuant to CPLR 5704 (subd [a]), to review an order of the Supreme Court at Special Term, which dismissed as untimely an ex parte petition in a proceeding pursuant to CPLR article 78. Application denied (*see, Matter of King v Gregorie,* 90 AD2d 922, *lv dismissed* 58 NY2d 822). Mahoney, P. J., Kane, Main, Levine and Harvey, JJ., concur.